OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

November 18, 2025

Bezalel Grossberger
915 Bennets Mills Road
#1369
Jackson, NJ 08527

RE: Aryeh and Osnate Weinstein v. Bezalel Grossberger
Case Number: 25-3254
District Court Case Number: 3:24-cv-10929

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

**Attorneys are required to file all documents electronically through the Court's Electronic Case Filing System. See 3d Cir. L.A.R. 113 and the Court's website at www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.**

To All Parties:

Enclosed is case opening information regarding the above-captioned appeal filed by **Bezalel Grossberger**, docketed at **No. 25-3254**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**Appellant**

*$605.00 Notice of Appeal including Filing Fee*

If you cannot afford to pay the docketing fees, you must file a Motion for Leave to Proceed

In Forma Pauperis, together with an affidavit of poverty (form enclosed) and a certificate of service.

You must pay the docketing fees or file the Motion for Leave to Proceed In Forma Pauperis within **fourteen (14) days** from the date of this letter. **If you do not pay the docketing fees or file the Motion for Leave to Proceed In Forma Pauperis within fourteen (14) days, your case may be dismissed without further notice. 3rd Cir. LAR Misc. 107.**

**Counsel for Appellee**

As counsel for Appellee(s), you must file:
1. Application for Admission (if applicable);
2. Appearance Form
3. Disclosure Statement (except governmental entities)

These forms must be filed within **fourteen (14) days** from the date of this letter.

**Please note:** If any party has filed one of the motions listed in Fed.R.App.P 4(a)(4) after the notice of appeal has been filed, that party must immediately inform the Clerk of the Court of Appeals in writing of the date and type of motion that was filed. The case in the court of appeals will not be stayed absent such notification.

Attached is a copy of the full caption as it is titled in the District Court. Please review the caption carefully and promptly advise this office in writing of any discrepancies.

Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Alicia
Case Manager
267-299-4948

Enclosures:

Affidavit of Poverty
Information for Pro Se Litigants

Cc: Robert Cormack, Esq.