Prepared by: Bezalel Grossberger
Mailing address: 915 Bennetts Mills Rd.
#1369
Jackson, NJ 08527
Tel. 732 60 3034

ARYEH AND OSNATE WEINSTEIN,

    Plaintiffs,

  v.

BEZALEL GROSSBERGER, *et al.*,

    Defendants.

_____

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Civil Action No. 3:24-10929

**NOTICE OF APPEAL**

**November 13, 2025**

Dear Clerk,

Kindly file this Notice of Appeal with the Third Circuit, including approved IFP.

<u>Motion for accept late filing</u>

Initially this matter was pending concurrently with a different docket, 3:24-cv-09239.

That matter was decided today, and 'consolidation' was denied, 25-1857.

Accordingly, it is now timely, to file a separate Appeal under his docket.

Thanking you in advance for your kind considerations.

                                         _____

                                         Bezalel Grossberger

1